# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SNIDERS JEAN-JACQUES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 15-267 |
| ) | |
| v. ) | District Judge Kim R. Gibson |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| THE MOSHANNON VALLEY ) | |
| CORRECTIONAL CENTER, ) | |
| ) | |
| ) | ECF Nos. 27 & 33 |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This civil action was commenced on August 10, 2015 when Plaintiff filed an Application for Prisoner to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1) in the Eastern District of Pennsylvania. That motion was granted and the Complaint (ECF No. 3) was docketed on August 26, 2015. Subsequently, this case was first transferred to the Middle District of Pennsylvania, and then to this District on October 14, 2015, at which time the case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 33), filed on October 5, 2016, recommended that the Motion to Dismiss (ECF No. 27) filed by Defendant Moshannon Valley Correctional Center be granted. Service was made on Plaintiff via first class mail to his address of record; service was made on all counsel of record via CM/ECF electronic mail. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. §

636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 26th day of October, 2016,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 27) filed by Defendant Moshannon Valley Correctional Center is **GRANTED**, and the Complaint against Defendant Moshannon Valley Correctional Center is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 33) of Magistrate Judge Lenihan, dated October 5, 2016, is adopted as the opinion of the Court.

The Clerk is directed to mark the case **CLOSED.**

BY THE COURT:

KIM R. GIBSON
United States District Judge

cc: Sniders Jean-Jacques
99 Elm Hill Avenue
Apt. #12
Dorchester, MA 02121
*Via First Class U.S. Mail*

All Counsel of Record
*Via CM/ECF Electronic Filing*